UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD JOHNSON,

    Plaintiff,

v.        Case No. 13-13313

CITY OF ROSEVILLE, et al.,

    Defendants.
                                 /

**ORDER OF DISMISSAL**

    In late June, the parties informed the court that they had reached a mutually agreeable settlement of this matter. Though documents need to be finalized, it appears that further court involvement is, at this point, unnecessary. Accordingly,

    IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights**. Any party may reopen this case by **August 30, 2014**, by filing a "Notice of Reopening." If such a notice is filed, the case will immediately be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed. Further, the parties may also submit their own substitute stipulated order of dismissal or judgment by **August 30, 2014**.

    After **August 30, 2014**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                  s/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated: July 31, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 31, 2014, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522